UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CV 14-7162-GW (JEM) | Date   March 10, 2017 |
| Title   Karyl Clarke v City of Los Angeles, et al. | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On January 27, 2017, an Order Accepting Findings and Recommendation of United States Magistrate Judge was issued.  Plaintiff had until February 27, 2017, to file a Third Amended Complaint ("TAC").  To date, Plaintiff has not filed a TAC.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than **March 24, 2017**.[1]  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Filing of a TAC consistent with the requirements of the January 27, 2017 Order shall be a satisfactory response to the Order to Show Cause.  No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

| | : | |
|---|---|---|
| | Initials of Deputy Clerk | sa |

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.