JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KARYL CLARKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal Corporation; LOS ANGELES POLICE DEPARTMENT, a governmental entity; Los Angeles Police Department Commissioner CHARLIE BECK, in his individual and official capacities, et al.,<br><br>Defendants. | Case No. CV 14-7162 GW (JEM)<br>Hon. George H. Wu<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

[PROPOSED] ORDER

Pursuant to the Parties' Stipulation, and in accordance with Fed. R. Civ P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 30, 2019

_____
Hon. George H. Wu
United States District Judge